CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 31 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| SANDRA F. CAMPBELL, | CASE NO. 7:12CV00233 |
| Plaintiff, | |
| | FINAL ORDER |
| vs. | |
| DR. YOUNG, ET AL., | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous; plaintiff's motion for leave to proceed in forma pauperis (ECF No. 4) is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 31st day of May, 2012.

/s/ Glen E. Conrad
Chief United States District Judge